USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RACHEL WITLIEB BERNSTEIN, ANDREA MACKRIS, and REBECCA GOMEZ DIAMOND,<br><br>Plaintiffs,<br><br>v.<br><br>BILL O'REILLY and FOX NEWS NETWORK LLC,<br><br>Defendants. | Civil Action No. 17-cv-9483<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO AMENDED COMPLAINT** |

It is hereby stipulated and agreed by the attorneys for the plaintiffs, Rachel Witlieb Bernstein, Andrea Mackris, and Rebecca Gomez Diamond, and defendant, Fox News Network LLC ("Fox News"), in the above action, that defendant Fox News be granted an extension of time up to and including March 6, 2018 to serve an Answer, move or otherwise respond to the Amended Complaint.

Fox News waived service of the summons, after receiving the request for waiver on January 5, 2018. *See* ECF Nos. 17-18. Under Fed. R. Civ. P. 4(d), therefore, Fox News may file and serve an answer or motion under Rule 12 within 60 days of January 5, 2018, which is March 6, 2018. *See also* Fed. R. Civ. P. 12(a)(1)(A)(ii). The docket, however, incorrectly states that

Fox News must answer on January 26, 2018. ECF No. 17. As such, the Parties jointly request that that deadline be extended to March 6, 2018.

SMITH MULLIN, P.C.
Attorneys for Plaintiffs
240 Claremont Avenue
Montclair, New Jersey 07042
(973) 783-7607
nmullin@smithmullin.com

By: _____
NEIL MULLIN

Dated: January 10, 2018

WILLIAMS & CONNOLLY LLP
Attorneys for Defendant Fox News Network LLC
725 12th Street, N.W.
Washington, D.C. 20005
(202) 434-5320
jterry@wc.com

By: _____
JOSEPH M. TERRY

Dated: January 10, 2018

SO ORDERED

_____
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE 1/12/18

2