LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JOSEPH TERRY
(202) 434-5320
jterry@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

April 9, 2018

<u>Via ECF</u>

Honorable Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2510
New York, NY 10007-1312

  Re: <u>Bernstein, et al. v. O'Reilly, et al., Civ. Action No. 1:17-cv-9483 (DAB)</u>

Dear Judge Batts:

  I write to follow up on Mr. Mullin's letter of today and to inform the Court that the parties have reached agreement regarding Plaintiffs' Motion to File a Second Amended Complaint, ECF Nos. 52 & 53, and briefing of the Defendants' motions to compel arbitration and/or dismiss the complaint, ECF Nos. 40–42, 43–45, 58, 59. The parties jointly request the following:

- That the Second Amended Complaint be accepted for filing;
- That Defendants shall address the allegations of the Second Amended Complaint in their reply briefs in support of arbitration and/or dismissal;
- That such replies briefs shall be filed no later than April 20, 2018; and
- That the page limit for such reply briefs shall be enlarged to twenty pages.

  The parties respectfully request that the Court so order.

Sincerely,

*/s/ Joseph Terry*

Joseph Terry

WILLIAMS & CONNOLLY LLP

April 9, 2018
Page 2

cc: All counsel of record (via ECF)