UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA MACKRIS, and REBECCA GOMEZ DIAMOND,<br><br>Plaintiffs,<br><br>v.<br><br>BILL O'REILLY, FOX NEWS NETWORK LLC, AND TWENTY-FIRST CENTURY FOX, INC.<br><br>Defendants. | Civil Action No. 17-cv-9483<br><br>STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO AMENDED COMPLAINT |

It is hereby stipulated and agreed by the attorneys for the Plaintiffs, Andrea Mackris, and Rebecca Gomez Diamond, and Defendants, Fox News Network LLC ("Fox News"), Twenty-First Century Fox, Inc. ("21CF"), and Bill O'Reilly in the above action, that the schedule for briefing be the following:

- Defendants be granted an extension of time up to and including October 31, 2018 to serve an Answer, move or otherwise respond to the Second Amended Complaint (D.I. 83);

- Plaintiffs be granted an extension of time up to and including November 30, 2018 to respond to any such motion that Defendants file; and

- Defendants be granted an extension of time up to and including December 14, 2018 to reply to any such opposition brief that Plaintiffs file.

This is the first request for an extension to respond to the Second Amended Complaint. Under Fed. R. Civ. P. 15, Defendants Fox News and O'Reilly may Answer, move, or otherwise respond by October 17, 2018. Newly-added Defendant 21CF may Answer, move, or respond within 60 days after receiving a waiver of service on October 10, 2018 and executing it, pursuant

to Fed. R. Civ. P. 4(d), or December 11, 2018. The parties jointly request that the Court so order this request.

No provision of this Stipulation and Order shall be construed as a waiver of any defense, all of which Defendants expressly reserve.

Dated: October 11, 2018

SMITH MULLIN, P.C.

By: _____
Neil Mullin
240 Claremont Avenue
Montclair, NJ 07042
Tel: (973) 783-7607
Email: nmullin@smithmullin.com

*Attorneys for Plaintiffs*

Hoguet Newman
Regal & Kenney, LLP

By: _____
Andrew N. Bourne
One Grand Central Place
60 East 42nd Street, 48th Floor

New York, New York 10165
Tel: (212) 689-8808
Email: abourne@hnrklaw.com

*Attorneys for Defendant Bill O'Reilly*

WILLIAMS & CONNOLLY, LLP

By: _____
Joseph M. Terry
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5029
Email: jterry@wc.com

*Attorneys for Defendant Fox News Network LLC and Twenty-First Century Fox, Inc.*

**So ORDERED:**

_____
Hon. Deborah A. Batts

2

United States District Judge