

COUNSELLORS AT LAW
# SMITH MULLIN, P.C.

240 CLAREMONT AVENUE • MONTCLAIR, NEW JERSEY 07042
TEL. (973) 783-7607 • FAX (973) 783-9894
NSMITH@SMITHMULLIN.COM

NANCY ERIKA SMITH, ESQ.

November 28, 2018

**_Via ECF and Federal Express (courtesy copy)_**
Hon. Deborah A. Batts, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007-1312

    Re:    ***Bernstein, et al. v. O'Reilly, et al.***
            ***Civil Action No.: 1:17-cv-9483 (DAB)***

Dear Judge Batts:

    Plaintiffs, Rachel Witlieb Bernstein, Andrea Mackris and Rebecca Gomez Diamond, with consent of all counsel, submit this letter motion to request an extension of time for one week, or until December 7, 2018, to file their opposition papers to defendants' motions to dismiss. [ECF Dkt. Entries Nos. 97 to 108]. The current due date is November 30, 2018, and there was one prior extension of time, consented to by all parties, which was granted. [ECF Dkt. Entries No. 91 and 92]. We request this short extension due to the death of a close family member of plaintiffs' counsel over this past weekend.

    All defendants' counsel have consented to this short extension request until December 7, 2018, making defendants' reply due on December 21, 2018.

    Thank you for your consideration of this request.

                                      Respectfully submitted,

                                      **SMITH MULLIN, P.C.**

                                      NEIL MULLIN

cc:    Joseph M. Terry, Esq. (via e-mail & FedEx)
        Andrew N. Bourne, Esq. (via e-mail & FedEx)