

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

Tel   212.689.8808
Fax  212.689.5101
www.hnrklaw.com

abourne@hnrklaw.com

December 18, 2018

**VIA ECF**

Hon. Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Bernstein et al. v. O'Reilly, et al.*, **Civil Action No. 17-cv-9483(DAB)**

Dear Judge Batts,

      We represent Defendant Bill O'Reilly in the above-reference litigation. We write on behalf of Mr. O'Reilly and Defendants Fox News Network LLC and Twenty-First Century Fox, Inc., (the "Fox Defendants"), and pursuant to Section II(C) of Your Honor's Individual Practices, to respectfully request leave for Mr. O'Reilly and the Fox Defendants to each file a fifteen (15) page reply brief with respect to their respective Motions to Compel Arbitration and/or Dismiss the Second Amended Complaint filed by Plaintiffs Andrea Mackris and Rebecca Gomez Diamond (collectively, the "Plaintiffs") (ECF Doc. Nos. 97 and 106). The Defendants respectfully make this request because the Plaintiffs filed two separate memoranda of law, totaling 50 pages, in opposition to the Defendants' motions, (ECF Doc. Nos. 114 and 120), such that an additional five pages is necessary to address all of the issues raised by Plaintiffs in their memoranda of law.

      We have conferred with Plaintiffs' counsel, who consents to this request.

      As always, we thank Your Honor for your continued attention to this matter.

Respectfully submitted,

Andrew N. Bourne

cc:   All Counsel of Record (via ECF)