UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL WITLIEB BERNSTEIN

        Plaintiffs,

-against-

BILL O'REILLY,

        Defendant.

Civil Action No.: 17-cv-9483(DAB)

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that I, Julian S. Brod, hereby withdraw as attorney for defendant Bill O'Reilly. Fredric S. Newman and Andrew N. Bourne of Hoguet Newman Regal & Kenney, LLP continue to represent Mr. O'Reilly in this matter.

Dated:  New York, New York
    April 23, 2019

            HOGUET NEWMAN
            REGAL & KENNEY, LLP

            By: _____
              Julian S. Brod
            One Grand Central Place
            60 East 42nd St., 48th Fl.
            New York, New York 10165
            Tel.: 212-689-8808
            jbrod@hnrklaw.com